## Ex Parte E. D. Butcher.

No. 14964. Delivered January 27, 1932.
Rehearing Granted October 19, 1932.
Reported in 53 S. W. (2d) 784.

*J. S. Bracewell,* of Houston, for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

MORROW, PRESIDING JUDGE.—This is an application for a writ of habeas corpus.

Appellant was charged by complaint with permitting Frieda George, a female, to work in a laundry in which she was employed by the appellant for more than fifty-four hours during the calendar week.

The application is based upon the insufficiency of article 1569, P. C., 1925, to denounce the act of the accused as an offense. The subject is discussed in the companion case of Ex parte Butcher, 122 Texas Crim. Rep., 39, this day decided, and reference is thereto made.

The application for a writ of habeas corpus is denied, and the relator is remanded to the custody of the sheriff of Harris county.

*Writ denied.*

### ON MOTION FOR REHEARING.

LATTIMORE, JUDGE.—This is a companion case to Ex parte E. D. Butcher, 122 Texas Crim. Rep., 39, opinion this day handed down. Relator herein was charged and convicted for the same offense. For the reasons stated in the opinion in said case, the judgment remanding relator is set aside, and the relator is ordered discharged.